UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MBIA INSURANCE CORPORATION,<br><br>          Plaintiff,<br><br>-against-<br><br>RESIDENTIAL FUNDING COMPANY, LLC,<br><br>          Defendant. | Index No. 08 Civ. 8819 (WHP)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, MBIA Insurance Corporation, and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Residential Funding Company, LLC.

Dated: December 4, 2008

               CADWALADER, WICKERSHAM & TAFT LLP

           By:  /s/ Mitchell E. Hochberg
               Gregory M. Petrick (GP 2175)
               Jonathan M. Hoff (JH 7282)
               Mitchell E. Hochberg (MH 0602)
               One World Financial Center
               New York, New York 10281
               (212) 504-6000

               *Attorneys for Plaintiff*
               *MBIA Insurance Corporation*